UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL REED,<br><br>               Defendant | Case No. 1:20-mj-02501-MBB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      Please enter my appearance as counsel for Defendant Samuel Reed in the above-captioned matter.

Dated: October 1, 2020

Respectfully submitted,

SAMUEL REED

By his attorney,

/s/ William J. Trach
William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on October 1, 2020 to those identified as non-registered participants.

                /s/ William J. Trach_____
                William J. Trach